No. 94–7090. COOPER v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–7094. SASSI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–7096. CARDONA v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–7102. GOMEZ v. AHITOW, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–7104. MACKLIN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 94–7107. SCAIFE v. HANNIGAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 94–7108. WILSON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–7110. ALSTON v. REDMAN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–7112. BURKS v. BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–7114. BELL v. KLINCAR. C. A. 7th Cir. Certiorari denied.

No. 94–7115. BROWN v. CITY OF LOUISVILLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–7124. EUELL v. ROSEMEYER, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL FACILITY AT GREENSBURG, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–7130. GALLAGHER v. MCNUTT ET AL. Sup. Ct. N. H. Certiorari denied.

No. 94–7131. GASPER v. STEPANIK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.